James HILL, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 6636.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

James Hill, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Blaine v. United States (C. C. A.) 29 F.(2d) 651, the judgment is affirmed.